## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-03307-DDD-MDB

KEISHAWN JACKSON, by and through his Next Friend LEAH B. JACKSON, and
LEAH B. JACKSON, individually,

      Plaintiffs,

v.

ACADEMY SCHOOL DISTRICT 20 BOARD OF EDUCATION;
ACADEMY SCHOOL DISTRICT 20;
PINE CREEK HIGH SCHOOL;
RYLAN DENNEY URBAN, individually;
AIMEE URBAN and TRENT URBAN, individually and as natural parents and guardians of
RYLAN DENNEY URBAN;
H.K., a minor, individually;
SUSANNA KOBLIAN and KIRBY ROBINSON and DARRELL KOBLIAN JR., individually
and as natural parents and guardians of H.K.;
AARON SALT, individually;
NICOLE KONZ, individually;
WILLIAM SULLIVAN, individually;
HEATHER CLONINGER, individually;
WILL TEMBY, individually;
and TOM LAVALLEY, individually,

      Defendants.

---

## DECLARATION OF TRENT URBAN
---

I, Trent Urban, declare as follows:

1.      I am a resident of the State of Colorado. I am over the age of 18, and I am competent to testify concerning the contents of this declaration.

2.      I attended a settlement conference relating to the above-captioned case on January 7, 2026. The settlement conference was held in Colorado Springs. Magistrate Judge

Maritza Dominguez Braswell facilitated the negotiations among the parties. As part of the negotiations, Magistrate Judge Braswell met privately with Rylan Denney Urban, Aimee Urban, and me. She told us that she also met privately with the other parties.

3.    Near the end of the day, a document called Agreement & Material Terms of Settlement (hereinafter, the "Material Terms Agreement") was prepared by Magistrate Judge Braswell and her staff.  I reviewed the initial draft with one of my attorneys. Thereafter, the initial draft was revised. Specifically, changes were made to the non-disparagement provision in the original draft of the Material Terms Agreement.

4.    After the revisions were made, the parties signed the Material Terms Agreement. The Material Terms Agreement was signed by Leah Jackson, H.K., Susanna Prensner a/k/a Susanna Kobilan, Darrell Kobilan Jr., Charles D. Rupprecht, Rylan Denney Urban, Aimee Urban, Trent Urban, Daniel B. Miller, Academy School District 20 Superintendent Jinger Haberer, and Caroline Gecker.

5.    A copy of the Material Terms Agreement, as executed by the parties, is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/08/26___.

_____
Trent Urban

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 23–cv–03307–DDD–MDB

K.J., by and through his mother and next friend, Leah B. Jackson, and
LEAH B. JACKSON,

     Plaintiffs,

v.

ACADEMY SCHOOL DISTRICT 20 BOARD OF EDUCATION,
ACADEMY SCHOOL DISTRICT 20,
PINE CREEK HIGH SCHOOL,
RYLAN DENNEY URBAN,
AIMEE URBAN,
TRENT URBAN,
H.K., a minor,
SUSANNA KOBLIAN,
KIRBY ROBINSON,
DARRELL KOBLIAN JR.,
AARON SALT,
NICOLE KONZ,
WILLIAM SULLIVAN,
HEATHER CLONINGER,
WILL TEMBY,
TOM LAVALLEY,

     Defendants.

RYLAN DENNEY URBAN,

     Counter Claimant,

v.

LEAH B. JACKSON,

     Counter Defendant,

## AGREEMENT & MATERIAL TERMS OF SETTLEMENT

A Settlement Conference was held on **January 7, 2026**, and a settlement was reached. The numbered paragraphs below are the material terms of that settlement. Counsel for Defendants Academy School District 20 Board of Education, Academy School District 20, and Pine Creek High School (the "ASD20 Defendants") will draft a final Settlement Agreement encompassing the material terms set forth below and will send a first draft of the Settlement Agreement to all Parties no later than **January 16, 2026**. All parties will cooperate in finalizing the Settlement Agreement, and counsel for the ASD20 Defendants will prepare a Stipulation of Dismissal with Prejudice to be filed within three (3) business days of final execution of the Settlement Agreement. Absent leave of Court, the Stipulation of Dismissal shall be filed no later than **March 6, 2026**.

1.  All Parties agree to release all claims that were or could have been brought in this lawsuit, whether known or unknown, against any other Party.

2.  This settlement is a compromise of disputed claims. No Party admits any liability to any other Party.

3.  Each Party is responsible for their own attorney's fees and costs.

4.  The ASD20 Defendants shall pay Plaintiffs a total sum of $95,000 no later than fourteen (14) days after the Parties have executed the Settlement Agreement.

5.  The ASD20 Defendants shall facilitate a meeting between Plaintiff Leah B. Jackson and ASD20's Executive Director of Learning Services no later than 60 days after the Parties have executed the Settlement Agreement.

6.  The Settlement Agreement shall contain a non-disparagement clause prohibiting any

2

Party from making disparaging statements about any other Party, or any of their related businesses to be identified in the Settlement Agreement.

The Parties agree that this document is binding and enforceable until it is superseded by the final, executed, Settlement Agreement.

APPROVED and EXECUTED on this 7th day of January, 2026:

_____
Plaintiff

_____
Defendant

_____
Counsel for Defendant

_____
Defendant

_____
Counsel for Defendant

_____
Defendant

_____
Counsel for Defendant

_____
Defendant

_____
Defendant

_____
Defendant

_____
Counsel for School District Defendants

_____
Defendant

_____
Counsel for Urban Family Defendants

3